IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CAROLINE ZINNER PARKER, | § § | |
| Plaintiff, | § § | |
| V. | § | CIVIL ACTION NO. H-09-2743 |
| PULTE HOMES OF TEXAS, L.P., | § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

For the reasons stated in this court's Memorandum and Opinion entered this date, this civil action is dismissed with prejudice. This is a final judgment.

SIGNED on February 25, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge